JOSEPH P. RUSSONIELLO (CABN 44332)   ** E-filed June 29, 2010 **
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BRADLEY D. PRICE (IL ARDC 6294571)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5080
   Facsimile:  (408) 535-5066
   Email: bradley.price@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 10-00413 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME FROM MAY 27, 2010 TO JUNE 28, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| LISANDRO MAGANA-LOPEZ, | ) | |
| Defendant. | ) | |

On May 27, 2010, the parties appeared for a hearing before this Court.  At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter.  At that time, the Court set the matter for a hearing on June 28, 2010.

The parties stipulate that the time between May 27, 2010 and June 28, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

1 | ends of justice served by granting the requested continuance outweigh the best interest of the
2 | public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3 | U.S.C. §3161(h)(8)(A).

5 | DATED: May 28, 2010                    JOSEPH P. RUSSONIELLO
                                           United States Attorney

7 |                                        /s/_____
                                           BRADLEY D. PRICE
8 |                                        Special Assistant United States Attorney

10 |                                       /s/_____
                                           CYNTHIA C. LIE
11 |                                       Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between May 27, 2010 and June 28, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: June 29, 2010

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE